1  CAROLIN K. SHINING (SBN 201140)
   BRIAN D. PARK (SBN 248994)
2  SHINING & PARK LAW LLP
   475 Washington Blvd.
3  Second Floor
   Marina del Rey, CA 90292
4  Telephone: (310) 490-4383
   Email: cshining@shiningandpark.com
5  Email: bpark@shiningandpark.com

6  Attorneys for Plaintiff
   JOHN DOE
7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE, *an individual,* | Case No. 5:24-cv-02796-PCP |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| CARLOS PALACIOS, *an individual and in his capacity as the County Administrative Officer for the County of Santa Cruz;* HEATHER ROGERS, *an individual and her capacity as the Public Defender for the County of Santa Cruz;* THE COUNTY OF SANTA CRUZ; THE COUNTY OF SANTA CRUZ – PUBLIC DEFENDERS OFFICE; and DOES 1 through 5, inclusive, | Hon. Judge P. Casey Pitts<br><br>Hearing Date:<br>Time:<br>Courtroom: Courtroom 8, 4th Floor |
| Defendants. | |

Plaintiff JOHN DOES's **NOTICE OF MOTION AND MOTION FOR A COURT ORDER PERMITTING PLAINTIFF TO BE ANONYMOUSLY IDENTIFIED AS "J.A."** having been fully briefed by plaintiff with no opposition from defendants[and Counsel for both parties having appeared at oral argument on this matter], Plaintiff's MOTION is hereby GRANT/ED as follows:

    //

---

*JOHN DOE v. Palacios; Rogers, et al.*        PLAINTIFF'S UNOPPOSED MOTION RE: ANONYMOUS NAMING AS "J.A."
Case No.: 5:24-cv-02796-SVK

Plaintiff shall be identified as "J.A." in the caption of pleadings in this matter without prejudice to the reconsideration of this Order by the Court in further of proceedings in this matter.

IT IS SO ORDERED.

DATE: October 21, 2024

_____

Hon. Judge P. Casey Pitts

U.S. DISTRICT COURT OF NORTHERN CALIFORNIA

JOHN DOE v. Palacios; Rogers, et al.    PLAINTIFF'S UNOPPOSED MOTION RE: ANONYMOUS NAMING AS "J.A."
Case No.: 5:24-cv-02796-SVK

-2-